# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Khaim Khaimov

Case No. Civil 00-732 RHK/JGL

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

State of Minnesota

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The Report and Recommendation is adopted. Petitioner's application for leave to proceed in forma pauperis is denied as moot.

DATE: May 2, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk