UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

KHAIM KHAIMOV,

Petitioner,

v.

STATE OF MINNESOTA,

Respondent.

Civil File No. 00-732 (RHK/JGL)

**ORDER**

This habeas corpus matter is before the Court on Petitioner's self-styled "motion for evidence fact is conspiracy." (Docket No. 12.) Before the instant motion was filed, Petitioner's underlying application for writ of habeas corpus had been denied without prejudice, (based on Petitioner's failure to exhaust his state court remedies), and a judgment dismissing this action had been entered. (Docket No. 9.) Therefore, Petitioner's pending motion for collateral relief cannot be entertained at this time.

Based upon the foregoing and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

Petitioner's "motion for evidence fact is conspiracy," (Docket No. 12), is DENIED.

DATED: October 2, 2000

RICHARD H. KYLE
United States District Court Judge

OCT 06 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK