**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KHAIM KHAIMOV,

Petitioner,

v.

DAVID CRIST, Warden,

Respondent.

Civil No. 00-732 (RHK/JGL)

**ORDER**

This matter is before the Court on Petitioner's "Motion Regard's [sic] Photo and Tape," (Docket No. 26), in which Petitioner is seeking the return of a certain cassette tape that he filed with the Court.[1] Petitioner filed the tape, (Docket No. 13), to support his application for habeas corpus relief, and now that the case is concluded, it appears that Petitioner's request for return of the tape should be granted. Respondent will be given ten days to object to Petitioner's request, but if no objection has been filed during that time, the tape should be returned to Petitioner.

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

The cassette tape that has been filed as Docket No. 13 shall be returned to Petitioner ten days after the date of this order, unless Respondent files a written objection to the return of the tape before the expiration of that ten-day period.

Dated: May 9, 2002

RICHARD H. KYLE
United States District Court Judge

[1] Petitioner's motion also alludes to some photographs that he would like to have returned to him, but as far as the Court can tell, no photographs have been filed in this action. It is possible that Petitioner filed the photographs in one of the other actions he has brought in this District. If so, he will have to file another motion for return of the photographs in that other action.

MAY 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK